# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

October 25, 2006

129733(89)
130064

HARTMAN & EICHHORN BUILDING
COMPANY, INC.,
      Plaintiff/Counter Defendant,

v

STEVEN DAILEY and JANINE DAILEY,
      Defendants/Counter Plaintiffs/
      Third-Party Plaintiffs/Appellees,
and

GEORGE H. PRESLEY, and ABN-AMRO,
d/b/a STANDARD FEDERAL BANK,
      Defendants,
and

JEFFRY R. HARTMAN,
      Third-Party Defendant-Appellant.
_____

SC: 129733
COA: 249847
Oakland CC: 2001-032203-CK

ARTHUR Y. LISS and BEVERLY LISS,
      Plaintiffs/Counter Defendants/
      Appellees,

v

LEWISTON-RICHARDS, INC.,
and JASON P. LEWISTON,
      Defendants/Counter Plaintiffs/
      Appellants.
_____

SC: 130064
COA: 266326
Oakland CC: 03-046587-CK

On order of the Chief Justice, the motion by the Consumer Law Section Council of the State Bar of Michigan for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 25, 2006

_____
Clerk